United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRISCILLA A ELLIS,
Plaintiff,

v.

UNKNOWN,
Defendant.

Case No. 26-cv-08371-JD

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a federal prisoner. Plaintiff presents allegations regarding the conditions of her confinement at Federal Correctional Institution-Waseca. This prison is located within the venue of the United States District Court for the District of Minnesota. Plaintiff is also incarcerated in Minnesota. Because the events for this case and defendants are located in the District of Minnesota, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is transferred to the United States District Court for the District of Minnesota. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: September 15, 2026

JAMES DONATO
United States District Judge